IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AVRUM V. GRATCH MD,

    Plaintiff,

No. C 04-03028 JSW

v.

ANTHONY J. PRINCIPI, *et al.*,

**ORDER OF REFERRAL**

    Defendants.

_____/

Pursuant to Local Rule 72-1, this matter is referred to a randomly assigned magistrate judge for resolution of all discovery matters.

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is also referred to a randomly assigned magistrate judge to conduct a settlement conference. The settlement conference shall be conducted by September 9, 2005, if possible. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: May 18, 2005

    /s/ Jeffrey S. White
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

cc: Wings Hom