1  MARY DRYOVAGE (CA SBN 112551)
   Law Offices of Mary Dryovage
2
       600 Harrison Street, Suite 120
3      San Francisco, CA  94107
       Telephone: 415-593-0095
4      Facsimile:  415-593-0096
       Email: mdryovage@igc.org
5
   CHARLES STEPHEN RALSTON, (CA SBN 34111)
6  Attorney at Law

7      2421 Valley Street
       Berkeley, CA 94702
8      Telephone:  510 540-9683
       Fax.        510 540-9685
9      Email:      crals@aol.com

10 Attorneys for Plaintiff

11 KEVIN V. RYAN (SBN 118321)
   United States Attorney
12 JOANN M. SWANSON (SBN 88143)
   Acting Chief, Civil Division
13 JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
14
       450 Golden Gate Avenue, Tenth Floor
15     San Francisco, California 94102
       Telephone:   (415) 436-6909
16     Facsimile:   (415) 436-6748
       Email: jonathan.lee@usdoj.gov
17
   Attorneys for Defendant
18

E-filing

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21                   SAN FRANCISCO DIVISION

22
   AVRUM V. GRATCH, M.D.,              )   No. C 04 3028 JSW (BZ)
23                                     )
           Plaintiff,                  )   **STIPULATION RE: OUTSTANDING**
24                                     )   **DISCOVERY ISSUES**
           v.                          )
25                                     )
   ANTHONY J. PRINCIPI, SECRETARY      )   Date: July 6, 2005
26 FOR THE U.S. DEPARTMENT OF          )   Time: 10:00 a.m.
   VETERANS AFFAIRS,                   )
27                                     )
           Defendant                   )
28 _____)

STIPULATION RE: OUTSTANDING DISCOVERY ISSUES; ORDER
*Gratch v. Principi*, No. C 04-3028 JSW                1                                 1

1   IT IS STIPULATED BY AND THROUGH THE PARTIES, subject to the approval of
2   the court that the parties have met and conferred regarding the pending schedule set by the court
3   and agreed that the following information will be provided to Plaintiff by the Defendant on or
4   before June 27, 2005:

5   A.   For each and every Title 38 employee who worked as a staff physician in Surgery
6   Service at the U.S. Department of Veterans Affairs Medical Center, Palo Alto, California
7   between January 1, 1998 and the present, the following information will be provided: name, date
8   of birth; date of hire and, if applicable, date left the employ of VA Palo Alto.

9   If needed, Plaintiff will file his motion to compel on or before June 28, 2005, but plaintiff
10  will not seek sanctions as a result of this stipulation.

11  The parties request a conference call be scheduled by U.S. District Magistrate
12  Zimmerman either on July 6, 2005 at 10:00 a.m. or at the date set by the court for the purpose of
13  discussing the hearing date and briefing schedule for plaintiff's pending motion to compel, if the
14  issues are not resolved prior to that time.

DATED: June 17, 2005           LAW OFFICE OF MARY DRYOVAGE

                               /s/
                               _____
                               MARY DRYOVAGE

                               /s/
DATED: June 17, 2005           _____
                               CHARLES STEPHEN RALSTON

                               Attorneys for Plaintiff

DATED: June 17, 2005           KEVIN V. RYAN
                               United States Attorney

                               /s/
                               _____
                               JONATHAN U. LEE
                               Assistant United States Attorney
                               Attorneys for Defendant

STIPULATION RE: OUTSTANDING DISCOVERY ISSUES; ORDER
*Gratch v. Principi*, No. C 04-3028 JSW                 2                              2

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: 20 June 05

BERNARD ZIMMERMAN
U.S. DISTRICT MAGISTRATE JUDGE

Conference call set for July 6 2005 at 1:30pm. Counsel for plaintiff shall notify court the day before if call is necessary. If it is, counsel shall get counsel for defendant on line & call the court at 522-4093

STIPULATION RE: OUTSTANDING DISCOVERY ISSUES; ORDER
*Gratch v. Principi*, No. C 04-3028 JSW           3                               3