UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVRUM V. GRATCH, M.D., ) ) Plaintiff(s), ) ) v. ) ) ANTHONY J. PRINCIPI, ) Secretary of the U.S. Dept. ) Of Veterans Affairs, ) ) Defendant(s). ) ) ) | No. C04-3028 JSW (BZ) **SCHEDULING ORDER** |

Following a telephonic discovery conference on July 11, 2005, **IT IS HEREBY ORDERED** that the plaintiff is granted leave to file a motion to compel by July 18, 2005. Defendant must file an opposition to plaintiff's motion no later than July 25, 2005. Any reply must be filed by July 29, 2005. In granting leave to file a motion the court offers no view as to whether the motion is timely.

Dated: July 12, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GRATCH\SCHEDULING.ORD2.wpd

1