|    |                                                                  |
|----|------------------------------------------------------------------|
| 1  | MARY DRYOVAGE (CA SBN 112551)                                    |
|    | Law Offices of Mary Dryovage                                     |
| 2  |                                                                  |
| 3  | 600 Harrison Street, Suite 120                                   |
|    | San Francisco, CA 94107                                          |
|    | Telephone: 415-593-0095                                          |
| 4  | Facsimile: 415-593-0096                                          |
|    | Email: mdryovage@igc.org                                         |
| 5  |                                                                  |
| 6  | CHARLES STEPHEN RALSTON, (CA SBN 34111)                          |
|    | Attorney at Law                                                  |

MARY DRYOVAGE (CA SBN 112551)
Law Offices of Mary Dryovage

　　　600 Harrison Street, Suite 120
　　　San Francisco, CA 94107
　　　Telephone: 415-593-0095
　　　Facsimile: 415-593-0096
　　　Email: mdryovage@igc.org

CHARLES STEPHEN RALSTON, (CA SBN 34111)
Attorney at Law

　　　2421 Valley Street
　　　Berkeley, CA 94702
　　　Telephone:　510 540-9683
　　　Fax.　　　　510 540-9685
　　　Email:　　　crals@aol.com

Attorneys for Plaintiff

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Acting Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

　　　450 Golden Gate Avenue, Tenth Floor
　　　San Francisco, California 94102
　　　Telephone:　(415) 436-6909
　　　Facsimile:　(415) 436-6748
　　　Email: jonathan.lee@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AVRUM V. GRATCH, M.D., | ) No. C 04 3028 JSW |
|---|---|
| Plaintiff, | ) **STIPULATION TO THE** |
| | ) **MODIFICATION OF BRIEFING** |
| v. | ) **SCHEDULE FOR DEFENDANT'S** |
| | ) **MOTION FOR SUMMARY** |
| R. JAMES NICHOLSON, SECRETARY | ) **JUDGMENT** |
| FOR THE U.S. DEPARTMENT OF | ) |
| VETERANS AFFAIRS, | ) Date:　　August 5, 2005 |
| | ) Time:　　9:00 a.m. |
| Defendant | ) Place:　　Courtroom 2, 17th Floor |
| | ) Before:　　Hon. Jeffrey S. White |

Subject to the approval of this Court, plaintiff Avrum V. Gratch, M.D. and defendant R.

James Nicholson, Secretary for the Department of Veterans Affairs, by and through their undersigned counsel, stipulate to the modification of the schedule for briefing relating to the defendant's Motion for Summary Judgment:

    Plaintiff's opposition, currently due to be filed on Friday, July 15, 2005, will be due to be filed on Monday, July 18, 2005.

    Defendant's reply to plaintiff's opposition, currently due to be filed on Friday, July 22, 2005, will be due to be filed on Monday, July 25, 2005.

    The parties neither seek nor desire a change in the hearing date for the motion for summary judgment.

**IT IS SO STIPULATED.**

DATED: July 15, 2005        LAW OFFICE OF MARY DRYOVAGE

                                  /s/
                                MARY DRYOVAGE

DATED: July 15, 2005

                                /s/
                                CHARLES STEPHEN RALSTON
                                Attorneys for Plaintiff

DATED: July 15, 2005        KEVIN V. RYAN
                                United States Attorney

                                /s/
                                JONATHAN U. LEE
                                Assistant United States Attorney
                                Attorneys for Defendant

**APPROVED AND SO ORDERED.**

DATED: July 26, 2005        /s Jeffrey S. White
                                JEFFREY S. WHITE
                                United States Dist. Ct. Judge