UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AVRUM V. GRATCH, M.D.,

    Plaintiff,

    v.

ANTHONY J. PRINCIPI,

    Defendant.
_____/

No. C-04-03028 JSW (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for August 10, 2005 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **August 17, 2005 at 9:00 a.m**.

Settlement Conference statements, if not previously submitted, are due August 9, 2005. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: August 1, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge