IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVRUM V. GRATCH MD, | |
|     Plaintiff, | No. C 04-03028 JSW |
|   v. | |
| R. JAMES NICHOLSON, Secretary of the United States Department of Veteran's Affairs, | **ORDER VACATING HEARING DATE** |
|     Defendant. | |

    Defendant's motion for summary judgment in the above captioned matter is currently set for hearing on Friday, August 5, 2005 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for August 5, 2005 is VACATED.

    **IT IS SO ORDERED.**

Dated: August 2, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE