UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVRUM V. GRATCH, M.D.,<br><br>        Plaintiff(s),<br><br>    v.<br><br>ANTHONY J. PRINCIPI,<br>Secretary of the U.S. Dept.<br>Of Veterans Affairs,<br><br>        Defendant(s). | No. C04-3028 JSW (BZ)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL SUPPLEMENTAL ANSWERS TO INTERROGATORIES IN COMPLIANCE WITH STIPULATION AND ORDER RE: OUTSTANDING DISCOVERY ISSUES, FILED JUNE 20, 2005** |

    Now before me is plaintiff's motion to compel supplemental answers to interrogatories in compliance with Stipulation and Order Re: Outstanding Discovery Issues, filed on June 20, 2005.  Pursuant to stipulation, the parties agreed that defendant would produce certain information for each Title 38 employee who worked as a staff physician at the Surgery Service at the United States Department of Veterans Affairs Medical Center in Palo Alto, California between January 1, 1998 and the present.  See June 20, 2005 Stipulation and Order Re: Outstanding Discovery Issues (Docket #26).  The stipulation also provided that plaintiff would file

1

1  a motion to compel on or before June 28, 2005.  Id.  Plaintiff
2  did not file a motion to compel on or before June 28, 2005.
3       Pursuant to the June 20, 2005 Stipulation, a telephonic
4  discovery conference was held on July 6, 2005.  As the parties
5  had failed to satisfy their meet and confer obligations, I
6  continued the conference to July 11, 2005, and ordered them to
7  meet and confer.  On July 11, 2005, I held a second telephonic
8  discovery conference.  I then issued a scheduling order
9  granting plaintiff leave to file a motion to compel by July
10 18, 2005.  The scheduling order specifically noted, "In
11 granting leave to file a motion, the court offers no view as
12 to whether the motion is timely."  See July 12, 2005
13 Scheduling Order.  On July 19, 2005, plaintiff filed this
14 motion to compel.
15      Plaintiff's motion to compel is untimely.  Plaintiff
16 stipulated to file a motion to compel on or before June 28,
17 2005, yet did not file a motion to compel on or before that
18 date.  Although I subsequently granted plaintiff leave to file
19 a motion to compel without ruling on the timeliness issue,
20 plaintiff did not file a motion until July 19, 2005, a day
21 after the date required by my July 12, 2005 Scheduling Order.
22 **IT IS THEREFORE ORDERED** that plaintiff's motion to compel is
23 **DENIED**.
24 Dated: August 16, 2005
25                                  _____
26                                        Bernard Zimmerman
                                     United States Magistrate Judge
27 G:\BZALL\-REFS\GRATCH\COMPEL.ORD.wpd
28

2