IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVRUM V. GRATCH, M.D., | |
| Plaintiff, | No. C 04-03028 JSW |
| v. | |
| ANTHONY J. PRINCIPI, *et al.*, | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is set for a hearing on January 13, 2006 on Plaintiff Avrum V. Gratch, M.D.'s Motion to Amend Judgment. The Court HEREBY ORDERS that Defendants' opposition to the motion shall be due on Thursday, November 3, 2005 and Plaintiff's reply brief shall be due on Thursday, November 10, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 18, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE